FILED
2025 Dec-05 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

## United States District Court
### for the
### NORTHERN DISTRICT OF ALABAMA

*Western Division*

2025 DEC -5 A 10: 34

U.S. DISTRICT COURT
N.D. OF ALABAMA

Patrick Bennett
_____
**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

City of Woodstock, AL Add ALL
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.:_____
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff**

Name            Patrick Bennett

Street Address    360 Walker ln.

City and County    Cotton Valley

State and Zip Code    Louisiana 71018

Telephone Number    318-801-5408

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.



Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name              _William Farlow_

    Job or Title       _Police Officer_

    Street Address   _Yet to be determined_

    City and County

    State and Zip Code

Defendant No. 2
    Name              _Lauren Jones_

    Job or Title       _Police Officer_

    Street Address   _Yet to be determined_

    City and County

    State and Zip Code

Defendant No. 3
    Name              _Kacey Davis_

    Job or Title       _Prosecutor_

    Street Address   _Yet to be determined_

    City and County

    State and Zip Code

Defendant No. 4
    Name              _Ken Moore_

    Job or Title       _Judge_

    Street Address   _Yet to be determined_

    City and County

    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
  Name               Bernard Boozer Downs
  Job or Title       Prosecutor
  Street Address     Yet to be determined
  City and County
  State and Zip Code

Defendant No. 2
  Name               Jason Beams
  Job or Title       Police officer
  Street Address
  City and County
  State and Zip Code

Defendant No. 3
  Name               Bernard Boozer Downs JR
  Job or Title       Prosecutor
  Street Address     Yet to be determined
  City and County
  State and Zip Code

Defendant No. 4
  Name               City of Woodstock, AL.
  Job or Title
  Street Address
  City and County
  State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5

Name            *Jason Beams*

Job or Title    *Police Officer*

Street Address  *Yet to be determined*

City and County

State and Zip Code

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*4th, 5th, 8th, 14th Amendments and possibly more as well as state and federal statutes*

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

    The plaintiff, *(name)*_____, is a citizen of the
    State of *(name)*_____.

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)*_____, is a citizen of the
        State of *(name)*_____. Or is a citizen of
        *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)*_____, is incorporated under
        the laws of the State of *(name)*_____, and has its
        principal place of business in the State of *(name)*_____.

        Or    is    incorporated    under    the    laws    of    *(foreign    nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional
    page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy – the amount the plaintiff claims the defendant
      owes or the amount that is at state – is more than $75,000, not counting
      interest and costs of court, because: *(explain)*

      _____

      _____

      _____

## III.    Statement of Claim

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Bernard
Prosecutors Boozer Downs, Casey Davis Malicious prosecution, Judge Ken Moore, Illegal conviction, Stated In Court (Parphased) "I Know the Law, But I'm going to convict you any way." Police cheif Len Price, Evidence tampering, Altered Body Cam Footage, hid Dash and body camera footage, Lack of Proper Training and Supervision. Jason Beams Lack of Proper troing and Supervision of Junior officers. Failed to stop officers from Violating My Constitutional rights. Failure to entervene. See Part ~~III~~ III B

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Remove Qualified immunity for all individuals involved, criminal prosecution. Address financial damages, Pain and suffering, Mental distress, slander, lible, Loss of income. peace of mind, general hardship, all court and other financial costs and Losses, Mental anguish, Harm caused to family members from Mental distress and anguish. Financial costs to employer, damage to equipment. Physical harm to myself Damage to right shoulder, damage Kausing rupture of Hietal hernia repair surgery, and more unknown at this time. Court and other costs.

Part @ III B Statement of claim

William Farlow Police officer violated Multiple
constitutionally Protected Rights. Made Terroristic
threats of arrest and Imprisonment without
just cause. Violated Multiple Policies and
Procedures. Commited violent physical Assault&battery
Criminal threatening, illegal taking, theft violated my
privacy by stealing my Wallet, searching it and
illegaly running of my licease, through government data
check, Illegaly entered my, Tractor trailer Truck
searched My Interior of said tractor trailer truck
opening ~~closed~~ compartments searching them. Opening my
personal luggage searching my personal luggage.
Commited Grand theft auto by having my Truck
Stolen and empounded, comitted extortion by
~~having~~ having My Truck held hostage until I and
My employer paid extortion to have it Realeased
Participating In a R I C O scheme with Multiple
otherparties, Also Comitted the Federal crime of
Entertering with Commerce. Kidnapping ~~m~~
and peonage of my person, threatening with
Deadly weapons, excessive force.
Lauren Jones Criminal and terroristic threatening
with a deadly weapon, Assualt and Battery
use of excessive force. Theseare some of the
violations known at this time.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Patrick_ Last Name _Bennett_

Mailing Address _360 Walker ln._

City and State _Cotton Valley     La._ Zip Code _71018_

Telephone Number _318-801-5408_

E-mail Address _gillespiellc@yahoo.com_

Signature of plaintiff _Patrick Bennett_

Date signed _12/05/2025_

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

    ☑ HTML – Recommended for most e-mail clients

    ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_gillespiellc @ yahoo.com_

Participant signature: _Patrick Bennett_

Date: _12/05/2025_